874

No. 92–322. WALTON v. BATRA. C. A. 2d Cir. Certiorari denied.

No. 92–325. MATTINGLY v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 92–332. BASALYGA ET AL. v. PENNSYLVANIA ET AL. Sup. Ct. Pa. Certiorari denied.

No. 92–340. RESALE MOBILE HOMES, INC. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 92–341. PORCELLI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–346. CASTILLO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–364. PLEMONS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–367. HIERREZUELO ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5001. WORD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5002. CLARK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5003. WINTERS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5004. WHITSITT v. INTERNAL REVENUE SERVICE. C. A. 9th Cir. Certiorari denied.

No. 92–5005. TAGHAVI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5007. BREAUX v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–5008. SCULLY ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.